UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Dionicio Hernandez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                       *Plaintiff*,

        -*against*-

Il Commendatore Restaurant, Inc., and Adele Gallo,

                       *Defendants*.
---------------------------------------------------------------X

Case No.: 22-CV-06038

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

      WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Il Commendatore Restaurant, Inc., and Adele Gallo (collectively, the "Defendants"), having offered to allow Plaintiff Dionicio Hernandez (the "Plaintiff") to take a judgment against the Defendants in this action for the total sum of Seventy Thousand Dollars and Zero Cents ($70,000.00), inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment");

      WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

      NOTICE IS HEREBY GIVEN that Plaintiff's attorney hereby confirms acceptance of Defendants' Offer of Judgment.

                                                  LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                                  By: _____
                                                  Jason Mizrahi
                                                  60 East 42nd Street, Suite 4700
                                                  New York, NY 10165
                                                  Tel. No.: (212) 792-0048
                                                  Email: Jason@levinepstein.com
                                                  *Attorneys for Plaintiff*

VIA ECF: All Counsel

Encl.