**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Dionicio Hernandez, *on behalf of himself and others*
*similarly situated in the proposed FLSA Collective*
*Action,*

Case No.: 22-CV-06038

                                        *Plaintiff*,

**FED.R.CIV.P. 68 JUDGMENT**

               -against-

Il Commendatore Restaurant, Inc., and Adele Gallo,

                                        *Defendants*.

-------------------------------------------------------------X

        WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Il

Commendatore Restaurant, Inc., and Adele Gallo (collectively, the "Defendants"), having

offered to allow Plaintiff Dionicio Hernandez ("Plaintiff") to take a judgment against the

Defendants in this action for the total sum of Seventy Thousand Dollars and Zero Cents

($70,000.00), payable as follows:

1. A payment in the amount of Seventy Thousand Dollars and Zero Cents
   ($70,000.00) payable twenty-one (21) days following the Court's Entry and
   Order of this Offer of Judgment.

        WHEREAS, in the event of Defendants' failure to make any payment when due as set forth

above, Defendants shall be required to pay all costs and attorneys' fees incurred by Plaintiff in

connection with any efforts to enforce any the Judgment in addition to the Judgment Amount,

less any payments made by Defendants;

        ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of

$70,000.00 as against Defendants.

        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby

dismissed with prejudice as against Defendants.

Dated: _____ _____, 2023
      New York, New York

SO ORDERED:

_____